AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Mark A. McArdle

**CRIMINAL COMPLAINT**

CASE NUMBER: 04m - 1022-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __diverse dates__ in __Suffolk and Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally combine, conspire, confederate, and agree with others to distribute marijuana, a Schedule I controlled substance; did knowingly and intentionally attempt to possess marijuana with intent to distribute it; did knowingly and intentionally combine, conspire, confederate, and agree with others to distribute cocaine, did knowingly and intentionally attempt to distribute cocaine; and did knowingly and intentionally distribute cocaine, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__.

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following
                                  Official Title
facts:

See Affidavit of Patrick Dorsey attached hereto and incorporated by reference herein

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

3/10/04
Date

Boston, Massachusetts
City and State

Judith Gail Dein
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.