UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
              v.            ) M.J. No. 04M-1022-JGD
                            )
MARK A. McARDLE             )
                            )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael J. Pelgro
MICHAEL J. PELGRO
Assistant U.S. Attorney
(617) 748-3246

Dated: April 6, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Charles McGinty, Esq.
    408 Atlantic Avenue, 3rd Floor
    Boston, MA 02110

This 6th day of April, 2004.

                                                MICHAEL J. PELGRO
                                                ASSISTANT UNITED STATES ATTORNEY