```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )   CRIMINAL NO. 04-10129-RCL
        v.                     )
                               )
MARK A. McARDLE, ET AL.,       )
        Defendants             )
                               )
```

**Government's Assented-To Motion To Continue
Initial Status Conference As To Defendants
Damien P. Suchma And Nicholas Anastasiades**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this assented-to motion to continue the initial status conference as to defendants Damien P. Suchma and Nicholas Anastasiades. The government requests that the Court continue the conference to July 19, 2004 and that it exclude the time from today's date to and including July 19, 2004 under the Speedy Trial Act.

In support of this motion, the government states that defendants Suchma and Anastasiades surrendered to the United States Marshals Service at different times in May 2004 and were released on conditions by the Court. The Initial Status Conference as to both defendants was scheduled for June 15, 2004. Although arrested earlier than these defendants, and in pretrial detention, defendant Mark A. McArdle was arraigned only recently and his Initial Status Conference was scheduled for July 19, 2004.

The government is in the process of producing for all three defendants voluminous amounts of DEA reports and consensually-recorded tapes. By combining the status conferences for all three defendants on the same date, the Court will enable the defendants to review all of the discovery so as to have a more meaningful conference and will avoid duplication of efforts.

Government counsel has contacted the attorneys for defendants Suchma and Anastasiades. They have assented to the allowance of this motion.

The government therefore respectfully requests that the Court continue the Initial Status Conference as to defendants Damien P. Suchma and Nicholas Anastasiades to July 19, 2004 and that it exclude the time from today's date to and including July 19, 2004 under the Speedy Trial Act.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                   By:   /s/ Michael J. Pelgro
                                             Michael J. Pelgro
                                             Assistant U.S. Attorney

DATED:    June 14, 2004.