UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129-RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE,
NICHOLAS ANASTASIADES and
DAMIEN P. SUCHMA

## FURTHER ORDER ON EXCLUDABLE TIME

August 5, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 5, 2004 through September 28, 2004,

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior orders of the court dated May 4, 2004, May 19, 2004, June 7, 2004, July 16, 2004, and this order, at the time of the Interim Status Conference on September 28, 2004 there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (July 6-18, 2004), and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

                                               / Judith Gail Dein
                                               JUDITH GAIL DEIN

United States Magistrate Judge