UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

*No. 04m-1022-JGD*

V.

MARK A. MCARDLE

## MOTION TO CONTINUE STATUS HEARING

Now comes the defendant, Mark A. McArdle and requests this Honorable Court

continue the status hearing on this matter until October 7, 2004. In support thereof,

counsel for Mark McArdle is not available on the currently scheduled date of September

28th.

All defense counsel are available on October 7th and the clerk has noted that 2:45

p.m. is available on the Court's schedule. Defendant's counsel informed the AUSA by

telephone message.

Mark A. McArdle
By His Attorneys

CARNEY & BASSIL

Janice Bassil
B.B.O. # 033100
CARNEY & BASSIL
20 Park Plaza
(617) 338-5566

*September 14, 2004*

Certificate of Service

I, Janice Bassil state that I have served the within motion upon James P. Geraghty
Jones & Milligan, 80 Washington Square, Building J, Norwell, MA 02061,Lenore
Glaser, 25 Kingston Street, 6th Floor, Boston, MA 02111-2022 and Michael J. Pelgro
United States Attorney's Office, 1 Courthouse Way, Suite 9200,Boston, MA 02210
this 13th day of September, 2004 by United States mail. Signed under the pains and
penalties of perjury.

Janice Bassil