UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129-RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE,
NICHOLAS ANASTASIADES and
DAMIEN P. SUCHMA

## FURTHER ORDER ON EXCLUDABLE TIME

September 17, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for September 28, 2004. The defendant, Mark McArdle, with the assent of his co-defendants, has requested a continuance due to a scheduling conflict. Therefore, this court orders the following period of time excludable from the time period within which trial must commence:

September 28, 2004 - October 7, 2004

that being the time between the date of the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for October 7, 2004 at 2:45 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference**. In

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge