UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129-RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE
NICHOLAS ANASTASIADES and
DAMIEN P. SUCHMA

**FURTHER ORDER ON EXCLUDABLE TIME**

November 1, 2004

DEIN, M.J.

      An Interim Status Conference was held before this court on November 1, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 1, 2004 through December 17, 2004,

that being the period between the Interim Status Conference and the Final Status Conference.

      Based upon the prior orders of the court dated May 4, 2004, May 19, 2004, June 7, 2004, July 16, 2004, August 5, 2004, September 17, 2004, October 7, 2004 and this order, at the time of the Final Status Conference on December 17, 2004 there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (July 6-18, 2004), and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
      JUDITH GAIL DEIN
      United States Magistrate Judge