```
          UNITED STATES OF AMERICA
          DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

V.                                                No. 04-10129-RCL

MARK A. MCARDLE

```
          MOTION TO ALTER CONDITIONS OF RELEASE
```

Now comes the defendant, Mark A. McArdle and seeks to alter the conditions of his release, in order to allow him to participate in out-of-state training for his job, to start on Monday, November 15, 2004 in Sparks, Maryland (See attached paperwork [please note error: Mark leaves on 11/15/04 and returns on 11/19/04 not 11/09/04]).

The defendant has notified pre-trial services who do not object to this modification.

                                        Mark A. McArdle
                                        By His Attorneys

                                        CARNEY & BASSIL


Date: November 12, 2004                 _____
                                        Janice Bassil
                                        B.B.O. # 033100
                                        CARNEY & BASSIL
                                        20 Park Plaza
                                        (617) 338-5566

Certificate of Service

I, Janice Bassil state that I have served the within motion upon James P. Geraghty, Jones & Milligan, 80 Washington Square, Building J, Norwell, MA 02061, Lenore Glaser, 25 Kingston Street, 6th Floor, Boston, MA 02111-2022 by mail and upon Michael J. Pelgro United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 this 12th day of November, 2004 by facsimile mail.

    Signed under the pains and penalties of perjury.

_____
Janice Bassil