Johnson Controls, Inc.
21 Griffin Road North
Suite 4
Windsor, CT 06095
Tel. 860/731 4700
FAX: 860/731 4834



Mark McArdle

November 11, 2004

Dear Mark:

Welcome to Johnson Controls' Northeast Region Team. We are excited about having you on board! Please read this letter carefully as there are some details you must attend to immediately to ensure your travel goes smoothly.

- Your start date is Monday, November 15, 2004. Please plan on being at our Lynnfield office at 9:00 a.m. Please use the main entrance which faces the Salem Street address. Christine Spinale, Area Adminsitrator will greet you upon your arrival. The first few hours of your day will be spent in our New Hire Orientation after which you will be traveling to your training destination.

- Normal attire at our office is business professional (days when you have outside/customer appointments) and business casual (JCI office).

- Please remember to bring the proper identification with you on your first day so that we may complete your Employment Eligibility Verification form (I-9). Enclosed is a list of acceptable identification. You may not start employment without the proper identification.

- Directions to the Lynnfield office are also enclosed for your convenience.

Your first day will provide you with a great deal of information about our company, your job, and the benefits that are so important for our employees.

Your training destination and travel information are listed on the attached sheet. Please read it carefully.

Once again, welcome to Johnson Controls' Northeast Region Team.

Sincerely,
JOHNSON CONTROLS, INC.



Barbara Bohn
Area Administrator
(860) 731-4708

**Travel Arrangements:**
YOU must call immediately the following travel service to make you flight arrangements. Johnson Controls will pay for your flight directly – do not put the costs on your personal credit cards.

## Call: Navigant @ 1-877-491-9096

**Travel for Week #1:**
Fly into the Baltimore Washington International Airport on the afternoon/evening of Monday, 11/15/04.
Flights home should be after 2:00 p.m. on Friday. 11/9/04

**Travel for Week #2:**
Fly into the Baltimore Washington International Airport on the afternoon/evening of Sunday, 11/28/04.
Flights home should be after 2:00 p.m. on Friday. 12/3/04

**Training Details:**
Your training will be held at:

Johnson Controls Institute
60 Loveton Circle
Sparks, MD 21152
For messages or emergencies: 1-410-527-2644

**Week 1:**
Beginning on Tuesday, November 16, 2004 and end on Friday, November 19, 2004. Class will start promptly at 8:00 a.m. and conclude at 5:00 pm each day. On the last day (Friday) class will conclude at 12:00 p.m.

**Week 2:**
Beginning on Monday, November 29, 2004 and end on Friday, December 3, 2004. Class will start promptly at 8:00 a.m. and conclude at 5:00 pm each day. On the last day (Friday) class will conclude at 12:00 p.m.

A shuttle will be provided both weeks by the hotel to transport you from the hotel each morning at 7:45 a.m. to the training site. The same shuttle will pick you up each evening at 5:10 p.m to transport you back to the hotel.

**HOTEL Information:**
Rooms have already been booked and paid for by Johnson Controls at the following hotel:

Hunt Valley Courtyard by Marriott
221 International Circle
Hunt Valley, MD 21030
410-584-7070

Check In: Monday, November 15, 2004
Check Out: Friday, November 19, 2004

Check In: Sunday, November 28, 2004
Check Out: Friday, December 3, 2004

----

For shuttle service to and from the airport, please call:

Super Shuttle
1-800-BLUE VAN
(1-800-258-3826)

(At the airport, follow the ground transportation signs to the Super Shuttle signs and call for service.)

This is a reimbursable expense, please get a receipt.

----

You will be provided with breakfast and lunch at the training facility.

Your evening dinner meal will be on your own (you may want to get together with other trainees). Dinner allotment is $25.

You will be reimbursed for mileage for your personal vehicle for travel to and from the airport ($.375/per mile).

Please keep all receipts and we will help you complete an expense report upon your return.

 # ENROLLMENT INFORMATION

## Johnson Controls Institute Locations

### Baltimore, Maryland

**60 LOVETON CIRCLE**
**SPARKS, MD 21152**

The Johnson Controls Institute is conveniently located in rural Baltimore County off of 183 North. We are approximately 35 miles from Baltimore Washington International Airport.



### ACCOMMODATIONS

Hunt Valley Courtyard by Marriott
221 International Circle
Hunt Valley, MD 21030
410-584-7070

Maryland Office of Tourism
410-333-6611   www.baltconvstr.com

Location Details on page 60.