UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA


V.                                    No. 04-10129-RCL

MARK A. MCARDLE


MOTION TO ALTER CONDITIONS OF RELEASE


Now comes the defendant, Mark A. McArdle and seeks to alter the conditions of his release by allowing him to be free from his curfew every two weeks, in order to be "on call" for his job.

In support thereof, the defendant states that he obtained a job with Constant Temperature Systems in Billerica, Mass. He is a heating, vacuum and air conditioning technician. Every two weeks he is required to be on call for emergencies and must be available 24 hours per day for service calls. His first on call period is Wednesday, December 8 to December 14 and again on December 29th. He remains on a bracelet and is certainly willing to call in and leave a message as to where he is going and to call back when he returns or any other method which pre trial services suggest.

The defendant has spoken with pre-trial services and they have no objection to this alteration.


                                        Mark A. McArdle
                                        By His Attorneys

                                        CARNEY & BASSIL


Date: December 3, 2004

                                        _/s/_Janice Bassil____
                                        Janice Bassil
                                        B.B.O. # 033100
                                        CARNEY & BASSIL
                                        20 Park Plaza, Ste. 1405
                                        Boston, MA 02116
                                        (617) 338-5566