UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10129-RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE
NICHOLAS ANASTASIADES and
DAMIEN P. SUCHMA

## FURTHER ORDER ON EXCLUDABLE TIME

December 9, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for December 17, 2004. The defendant, Mark McArdle, with the assent of his co-defendants and the government, has requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 17, 2004 - January 27, 2005

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for January 27, 2005 at 3:00 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference**. In

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

　　　　　　　　　　　　　　　　　　　／ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge