UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129-RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE
NICHOLAS ANASTASIADES and
DAMIEN P. SUCHMA

**FURTHER ORDER ON EXCLUDABLE TIME**

January 27, 2005

DEIN, M.J.

An Interim Status Conference was held before this court on January 27, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 27, 2005 through March 4, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated May 4, 2004, May 19, 2004, June 7, 2004, July 16, 2004, August 5, 2004, September 17, 2004, October 7, 2004, November 1, 2004, December 9, 2004 and this order, at the time of the Final Status Conference on March 4, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (July 6-18, 2004), and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge