UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129- RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE
NICHOLAS ANASTASIADES and
DAMIEN P.SUCHMA

**FINAL STATUS REPORT**

March 4, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Friday, March 4, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendants are likely to enter pleas. However, no agreements have been finalized.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendants do not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated May 4, 2004, May 19, 2004, June 7, 2004, July 16, 2004, August 5, 2004, September 17, 2004, October 7, 2004, November 1, 2004, December 9, 2004 and January 27, 2005, as of this date there are thirteen (13) days of non-excludable time under the Speedy Trial Act (July 6-18, 2004), and fifty-seven (57) days remaining under the Speedy Trial Act in which this case must be tried. The court has on this date entered an order excluding the period from March 4, 2005 through April 4, 2005, to enable the parties to complete plea negotiations.

5. No trial is anticipated. However, the parties estimate that if the case goes to trial, the trial will last approximately eight (8) days.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge