UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10129-RCL

UNITED STATES OF AMERICA

v.

MARK McARDLE
NICHOLAS ANASTASIADES and
DAMIEN P. SUCHMA

**FURTHER ORDER ON EXCLUDABLE TIME**

March 4, 2005

DEIN, M.J.

A Final Status Conference was held before this court on March 4, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 4, 2005 through April 4, 2005

that being a period following the Final Status Conference to enable the parties to complete plea negotiations.

Based upon the prior orders of the court dated May 4, 2004, May 19, 2004, June 7, 2004, July 16, 2004, August 5, 2004, September 17, 2004, October 7, 2004, November 1, 2004, December 9, 2004, January 27, 2005 and this order, as of April 4, 2005, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (July 6-18, 2004), and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge