UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              No. 04-10129-RCL

MARK A. MCARDLE

MOTION TO ALTER CONDITIONS OF RELEASE
TO RESOLVE OUTSTANDING CHARGES

Now comes the defendant, Mark A. McArdle and seeks to alter the conditions of his release by allowing him to travel to Florida for two days to clear up a violation of his probation there.

In support thereof, the defendant states that he has resolved the matter in Florida which Magistrate Judge Dien ordered that he clear up as a condition of his release. This will require the defendant to appear in court in Orlando, Florida. Upon posting $2,000 he will be released to return to Massachusetts. He will then continue under the supervision of pre-trial services.

WHEREFORE, the defendant's motion should be allowed and the defendant should be allowed to go to Florida.

Mark A. McArdle

By His Attorneys

CARNEY & BASSIL


_/s/_ Janice Bassil___

Janice Bassil
B.B.O. # 033100
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
Boston, MA 02116
(617) 338-5566


Date: March 28, 2005