UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              No. 04-10129-RCL

MARK A. MCARDLE

MOTION TO ALTER CONDITIONS OF RELEASE

Now comes the defendant, Mark A. McArdle and seeks to alter the conditions of his release by allowing him to be removed from the monitoring bracelet.

In support thereof, Mr. McArdle has complied with all conditions of his pre-trial release, including going to Florida and clearing up and outstanding matter there. He is working full time and can adequately meet any concerns about his release by reporting to pre-trial services by telephone and/or in person as they request.

Pre-trial services does not object to amending the conditions of his release. The government does not object to this amendment either.

                                                      Mark A. McArdle
                                                      By His Attorneys

                                                      CARNEY & BASSIL

Date: May 18, 2005                               /s/ Janice Bassil
                                                 Janice Bassil
                                                 B.B.O. # 033100
                                                 CARNEY & BASSIL
                                                 20 Park Plaza, Ste. 1405
                                                 Boston, MA 02116
                                                 (617) 338-5566