UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                    No. 04-10129-RCL

MARK A. MCARDLE

**MOTION FOR PRESENTENCE REPORT PRIOR TO CHANGE OF PLEA
AND REQUEST TO CONTINUE DATE FOR CHANGE OF PLEA**

Now comes the defendant, Mark A. McArdle and requests this Honorable Court order a presentence report prior to his change of plea. He further requests that his change of plea, currently scheduled for December 8, 2005, be postponed so that this report may be completed first.

The defendan t requests the opportunity to be heard on this motion.

                Mark A. McArdle
                By His Attorneys

                CARNEY & BASSIL

Date: November 10, 2005

                /s/ Janice Bassil
                Janice Bassil
                B.B.O. # 033100
                CARNEY & BASSIL
                20 Park Plaza, Ste. 1405
                Boston, MA 02116
                (617) 338-5566