UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                              NO. 04-10129 RCL

MARK A. MCARLDE

## MOTION TO STRIKE PREVIOUSLY FILED SENTENCING MEMORANDUM AND SUBSTITUTE NEW MEMORANDUM

Now comes the defendant, Mark A. McArdle, and moves to strike the sentencing memorandum previously filed.

In support thereof, the defendant states that this sentencing memorandum contained substantial errors which have been corrected.

MARK A. MCARDLE
By his attorneys:

CARNEY & BASSIL

/s/ Janice Bassil
BBO #033100
20 Park Plaza, Suite 1405
Boston, MA 02116
(617) 338-5566

February 15, 2007

Certificate of Service

I, Janice Bassil, state that I have sent a copy of the within Motion to AUSA Michael Pelgro and Nancy Rue by electronically filing said motion this 15th day of February, 2007. Signed under the pains and penalties of perjury.

/s/ Janice Bassil