```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )   CRIMINAL NO.
        V.                       )   04-10129-RCL
                                 )
MARK MCARDLE,                    )
        Defendant                )
```

### GOVERNMENT'S NOTICE REGARDING EVIDENTIARY HEARING

Consistent with Paragraph 10(1)(c) of the Court's Order of October 18, 2006, the United States of America hereby notes its request the Court hear evidence at the sentencing hearing for Mark McArdle scheduled for February 20, 2007.

As the Court is aware, the parties were in discussion regarding certain items in defendant's initial sentencing memorandum. The government refrained from submitting its own memorandum in order to address those items amicably. For this reason, the government moves for an extension of time until noon on Friday, February 16, 2007, to file its Sentencing Memorandum.

```
                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

                 By:  /s/ Nancy Rue
                      NANCY RUE
                      Assistant U.S. Attorneys
                      One Courthouse Way
                      Boston, MA 02210
                      (617) 748-3260
```

February 15, 2007

### CERTIFICATE OF SERVICE

    I, Nancy Rue, do hereby certify that a copy of the foregoing was served on Janice Bassil, counsel for the defendant, by ECF.

                                                /s/ Nancy Rue
                                                Nancy Rue

February 15, 2007