UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE
2007 FEB 20  A 8:40
U.S. DISTRICT COURT
DISTRICT OF MASS.*

UNITED STATES
  v.
MARK A. MCARDLE

MOTION TO ALLOW DEFENDANT TO APPEAR IN CIVILIAN CLOTHES FOR SENTENCING

Now comes the defendant, Mark A. McArdle and requests this Honorable Court order the US Marshall's Office to allow the defendant to dress in civilian clothing.

MARK A. MCARDLE

By his attorney

*Janice Bassil*
Janice Bassil
BBO # 033100
Carney & Bassil
20 Park Plaza
Boston, Ma. 02116
(617) 338-5566

February 20, 2007