UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                            NO. 04-10129 RCL

MARK A. MCARLDE

### MOTION FOR DISCHARGE OF MORTGAGE

     Now comes the defendant, Mark A. McArdle and requests that this Honorable Court return the property posted by the defendant's brother as security, located at 72 Beach Road, Salisbury, MA.

                        Mark A. McArdle
                        By His Attorneys

                        CARNEY & BASSIL

                        /s/ Janice Bassil
                        Janice Bassil

February 27, 2007          B.B.O. # 033100
                        CARNEY & BASSIL
                        20 Park Plaza
                        (617) 338-5566