```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )   CRIMINAL NO. 04-10129-RCL
                              )
MARK A. MCARDLE,              )
         Defendant.           )
_____
                              
East Boston Savings Bank,     )
         Petitioner.          )
```

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO EAST BOSTON SAVINGS BANK'S REQUEST TO AMEND PRELIMINARY ORDER OF FORFEITURE**

**(Assented To)**

The United States of America respectfully moves for an additional three weeks, until May 23, 2007, to respond to East Boston Savings Bank's ("EBSB") request to amend the Preliminary Order of Forfeiture.

As grounds therefor, the government notes that there is some possibility that the Bank's motion may be resolved without further judicial intervention. While the parties determine how the property forfeiture is going to proceed, the government respectfully seeks an extension in order to avoid having the Bank incur additional attorneys' fees and to avoid the creation of an adversarial posture if unnecessary.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nancy Rue
    NANCY RUE
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Nancy Rue
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
May 2, 2007                           (617) 748-3260