## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of

Massachusetts, holder of a mortgage from Brandon A McArdel   to the Clerk of the United States

District Court for the District of Massachusetts, for property located  at 72 Beach Road,

Salisbury, MA.. dated July 12, 2000 and  recorded in the official records of the Essex county

Registry of Deeds at book 1644 and page 406 acknowledge satisfaction of the same.

my hand and seal this   12  day of  June      , 20 0 7

Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date:   6 12 07

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing

to be her free act and deed before me.

Notary Public
My commission expires: Dec. 12, 2008